DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Hill v. Hill<br><br>Case below:<br>173 N.C. App. 309 | No. 638P05 | 1. Plt's Motion for a Temporary Stay During the Pendency of Appellant's Motion to Renew the Stay Previously Entered by the Court (COA03-969-2) | 1. Denied<br>07/28/06 |
| | | 2. Plt's Motion for Reconsideration of Appeal of Right and PDR, and Alternatively Motion for Summary Remand | 2. Denied<br>8/17/06 |
| | | 3. Plt's Motion for Reconsideration of Petition for Writ of Supersedeas, Including Motion to Review the Temporary Stay | 3. Denied<br>8/17/06 |
| | | 4. Plt's Motion for Consistency in Recusal Determinations | 4. Dismissed<br>8/17/06<br><br>**Martin, J. and Timmons-Goodson, J., Recused** |
| In re Foreclosure of Hunt<br><br>Case below:<br>175 N.C. App. 407 | No. 173P06 | 1. Def's (Martina Clark) NOA Based Upon a Constitutional Question (COA05-178) | 1. Dismissed<br>*Ex Mero Motu*<br>05/04/06<br>360 N.C. 534 |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied<br>05/04/06<br>360 N.C. 534 |
| | | 3. Defendant's (Martina Clark) Motion to Vacate Order | 3. Denied<br>06/29/06 |
| | | 4. Def's Alternative Motion to Modify Order | 4. Denied<br>8/17/06 |
| In re M.B.<br><br>Case below:<br>176 N.C. App. 766 | No. 216P06 | Respondent's (Niamalikia R.) PDR Under N.C.G.S. § 7A-31 (COA05-843) | Denied<br>8/17/06 |
| In re Will of Yelverton<br><br>Case below:<br>178 N.C. App. 267 | No. 376P06 | Caveator's (Mansel Yelverton) PDR Under N.C.G.S. § 7A-31 (COA05-771 & 772) | Denied<br>8/17/06 |